# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER SCOTT WHITMORE,

                Plaintiff,

v.

BRIAN FOSTER, DEPUTY WARDEN COOPER, CAPT. HAYNES, C.O. ROSENTHAL, C.O. PACH, and SGT. SANKEY,

                Defendants.

Case No. 17-CV-377-JPS

**ORDER**

Plaintiff, who is incarcerated at Green Bay Correctional Institution, filed a *pro se* complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. (Docket #1). On March 31, 2017, the Court ordered Plaintiff to pay an initial partial filing fee of $2.74, pursuant to 28 U.S.C. § 1915(b)(1), no later than April 21, 2017. (Docket #7). In the March 31 order, the Court cautioned that failure to pay the filing fee or otherwise respond would result in dismissal of this action without prejudice. *See* Civ. L. R. 41(c). The April 21, 2017 deadline has passed and, to date, Plaintiff has not paid the initial partial filing fee. In fact, the Court has received no communication from Plaintiff since he filed his trust account statement in late March 2017. Because he has not complied with or otherwise responded to the Court's March 31 order, this action will be dismissed without prejudice for Plaintiff's failure to prosecute the same.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 28th day of April, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge